# WRIT OF EXECUTION

| **United States District Court** | DISTRICT **Southern District of Florida** |
|---|---|

**TO THE MARSHAL OF:**

Middle District of Florida

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

SHIVNIT, INC d/b/a Dunedin Cove Motel
1220 Main Street, Dunedin, Florida

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| Five Thousand Two Hundred Fifty-Seven Dollars and no cents ($5,257.00) | and |

in the United States District Court for the ___Southern___ District of ___Florida___ ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Shivnit Inc. d/b/a Dunedin Cove Motel

and also the costs that may accrue under this writ.
　　　And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE U.S. Courthouse | DISTRICT Southern |
|---|---|
| CITY Miami | DATE |

Witness the Honorable ___Ursula Ungaro___

*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| Aug 28, 2020 | Angela E. Noble |
| | (BY) DEPUTY CLERK Dimas Rodriguez |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|